Z. T. RUDOLPH, for appellant. PERCY, BENNERS & BURR, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## JONES v. THE STATE.

(Decided January 13, 1916.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

S. A. MOORE, for appellant. W. L. MARTIN, Attorney General, for the State. .

McCLELLAN, J.—No error appearing of record, the cause is affirmed.

All the Justices concur.

---

## KIRKSEY v. THE STATE.

(Decided November 25, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for appellee.

Per curiam. Affirmed on certificate.

---

## KYTLE BROTHERS LUMBER CO., ET AL. v. KYTLE.

(Decided November 16, 1915.)

APPEAL from Coosa Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for appellant. FELIX L. SMITH, for appellee.

Per curiam. Appeal dismissed.